IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIIV HEALTHCARE COMPANY and VERTEX PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 17-315-RGA ) ) ) ) ) ) |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER

WHEREAS, on March 23, 2017, VIIV Healthcare Company and Vertex Pharmaceuticals, Inc. (collectively "Plaintiffs") filed a complaint alleging infringement of United States Patent No. 6,436,989 ("the '989 patent") based upon Lupin Limited's ("Lupin") submission of Abbreviated New Drug Application ("ANDA") No. 204130 with the U.S. Food and Drug Administration and the conversion of the initial submitted Paragraph III certification to a Paragraph IV certification by which Lupin sought to receive final approval for its product before the expiration of the '989 patent.

WHEREAS, on April 17, 2017, Lupin answered the complaint by denying infringement and asserting two counterclaims—one for a declaratory judgment on invalidity of the '989 patent and second for a declaratory judgment on non-infringement of the '989 patent. Plaintiffs denied the counterclaims by an answer submitted May 4, 2017.

WHEREAS, on May 3, 2017, Lupin filed an unopposed motion requesting that this Court stay the present litigation pending resolution by the United States Patent Trial and Appeal Board

("PTAB") of IPR2016-00558. This Court granted the stay motion on May 4, 2017. By a Final Written Decision, the PTAB held that Lupin Limited had failed to satisfy its burden of demonstrating, by a preponderance of the evidence, that the subject matter of claims 2, 3, 10, 11 and 12 were obvious over the art asserted.

IT IS HEREBY STIPULATED by and among the parties to this action through their respective counsel that:

1. The above-captioned action (including without limitation all claims and counterclaims asserted in the action) by and hereby is dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. The Court retains jurisdiction to enforce and resolve any disputes; and

3. Each party shall bear its own legal expenses, including without limitation attorneys' fees and costs.

| | |
|---|---|
| Dated: January 17, 2018 | Respectfully submitted, |
| FARNAN LLP | PHILLIPS GOLDMAN MCLAUGHLIN & HALL, P.A. |
| /s/ Brian E. Farnan | /s/ Megan C. Haney |
| Brian Farnan (Bar No. 4089) | John C. Phillips, Jr. (#110) |
| Michael J. Farnan (Bar No. 5165) | Megan C. Haney (#5016) |
| 919 North Market Street, 12th Floor | 1200 North Broom Street |
| Wilmington, DE 19801 | Wilmington, DE 19806 |
| Telephone: (302) 777-0336 | Telephone: (302) 655-4200 |
| Fax: (302) 777-0301 | Fax: (302) 655-4210 |
| bfarnan@farnanlaw.com | jcp@pgmhlaw.com |
| mfarnan@farnanlaw.com | mch@pgmhlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| Of Counsel: | Of Counsel: |
| Lisa M. Ferri | Stephen R. Auten |
| Brian W. Nolan | Richard T. Ruzich |
| Colleen Tracy James | Jane S. Berman |

| | |
|---|---|
| Scott A. McMurry<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 506-2500<br>lferri@mayerbrown.com<br>bnolan@mayerbrown.com<br>ctracyjames@mayerbrown.com<br>smcmurry@mayerbrown.com | TAFT STETTINIUS & HOLLISTER LLP<br>111 E. Wacker Drive, Suite 2800<br>Chicago, IL 60601-3713<br>Telephone: (312) 527-4000<br>Fax: (312) 527-4011<br>sauten@taftlaw.com<br>rruzich@taftlaw.com<br>jberman@taftlaw.com |

ITS IS SO ORDERED this __17__ of January 2018.

*Richard G. Andrews*

The Honorable Richard G. Andrews
United States District Court